Form 1, P1 W(11-95)

**FORM 1 VOLUNTARY PETITION**

| United States Bankruptcy Court | VOLUNTARY PETITION |
|---|---|
| Northern District of Illinois | |

| IN RE (Name of debtor-if individual, enter Last, First, Middle) | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| Byrley, Charles | Byrley, Maria |
| ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names.) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 171444373 | SOC. SEC./TAX I.D. NO.(If more than one, state all) 338424860 |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 28657 Yates Avenue Beecher, IL 60401 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) 28657 Yates Ave. Beecher, IL 60401 |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  Will | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS  Will |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | ☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District. |

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

| | | CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box) |
|---|---|---|
| **TYPE OF DEBTOR** | | |
| ☐ Individual | ☐ Corporation Publicly Held | ■ Chapter 7 ☐ Chapter 11 ☐ Chapter 13 |
| ☐ Joint (H&W) | ☐ Corporation Not Publicly Held | ☐ Chapter 9 ☐ Chapter 12 ☐ Sec. 304-Case Ancillary to Foreign Proceeding |
| ☐ Partnership | ☐ Municipality | |
| ☐ Other | | **SMALL BUSINESS (Chapter 11 only)** |
| **NATURE OF DEBT** | | ☐ Debtor is a small business as defined in 11 U.S.C. § 101 |
| ■ Non-Business Consumer | ☐ Business - Complete A&B below | ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) |
| **A. TYPE OF BUSINESS (check one box)** | | **FILING FEE (Check one box)** |
| ☐ Farming | ☐ Transportation | ☐ Commodity Broker | ■ Filing fee attached. |
| ☐ Professional | ☐ Manufacturing/ Mining | ☐ Construction | ☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Offical Form No.3 |
| ☐ Retail/Wholesale | | ☐ Real Estate | |
| ☐ Railroad | ☐ Stockbroker | ☐ Other Business | |
| **B. BRIEFLY DESCRIBE NATURE OF BUSINESS** | | | **NAME AND ADDRESS OF LAW FIRM OR ATTORNEY** Briones, Harvey & Trevino 1912 Ridge Road Homewood, IL 60430 Telephone No.  (708) 799-3800 |

| STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604) (Estimates only) (Check applicable boxes) | NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR Ronald E. Harvey |
|---|---|
| | ☐ Debtor is not represented by an attorney. Telephone No. of Debtor not represented by an attorney:  708-799-3800 |

☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| ESTIMATED NUMBER OF CREDITORS | | | | | |
|---|---|---|---|---|---|
| ■ 1-15 | ☐ 16-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1000- |

| ESTIMATED ASSETS (in thousands of dollars) | | | | | |
|---|---|---|---|---|---|
| ■ Under 50 | ☐ 50-99 | ☐ 100-499 | ☐ 500-999 | ☐ 1000-9999 | ☐ 10,000-99,000 | ☐ over |

| ESTIMATED LIABILITIES (in thousands of dollars) | | | | | |
|---|---|---|---|---|---|
| ■ Under 50 | ☐ 50-99 | ☐ 100-499 | ☐ 500-999 | ☐ 1000-9999 | ☐ 10,000-99,000 | ☐ over |

| ESTIMATED NUMBER OF EMPLOYEES -CH 11 & 12 ONLY | | | | |
|---|---|---|---|---|
| ☐ 0 | ☐ 1-19 | ☐ 20-99 | ☐ 100-999 | ☐ 1 |

| ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY | | | | |
|---|---|---|---|---|
| ☐ 0 | ☐ 1-19 | ☐ 20-99 | ☐ 100-499 | ☐ 5 |

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 05/07/2004
Time: 13:49:21
Debtor: CHARLES BYRLEY
Case: 04-18110        Fee : 209
Chapter: 7 Rec. # : 3079658
Judge: Bruce Black
341 mtg: 07/01/2004 @ 01:30PM
Trustee: MICHAEL BERLAND

1:04BK18110-BK001

Form 1, P2 W (11-95)                    Julius Blumberg, Inc., NYC 10013
Established 1887

| Name of Debtor | Charles Byrley | Case No. | |
| | Maria Byrley | | (Court use only) |

## FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached          ☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

## PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
| | | |

## PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (if more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
| | | |
| Relationship | District | Judge |

## REQUEST FOR RELIEF

Debtor is eligible for and requests relief in accordance with the chapter of title II, United States Code, specified in this petition.

## SIGNATURES

### ATTORNEY

x _____   Date   04/   /04
Signature   Ronald E. Harvey

| INDIVIDUAL / JOINT DEBTOR(S) | CORPORATE OR PARTNERSHIP DEBTOR |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct. | I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor. |
| x _____ | x _____ |
| Signature of Debtor   Charles Byrley | Signature of Authorized Individual |
| Date | |
| | Print or Type Name of Authorized Individual |
| x _____ | |
| Signature of Joint Debtor   Maria Byrley | Title of Individual Authorized by Debtor to File this Petition |
| Date  4/27/04 | Date |
| | ☐ If debtor is a corporation filing under Chapter 11, Exhibit "A" is attached and made part of this petition. |

| TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322) | CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C § 110) |
|---|---|
| I am aware that I may proceed under chapter 7,11,12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title. | I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. Sec. 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document. |
| If I am represented by an attorney, exhibit "B" has been completed. | Printed or Typed Name of Bankruptcy Petition Preparer |
| | Social Security Number          Telephone Number |
| x _____   Date  04/27/04 | |
| Signature of Debtor   Charles Byrley | Address |
| x _____   Date  04/27/04 | Names and Social Security numbers of all other Individuals who prepared or assisted in preparing this document: |
| Signature of Joint Debtor   Maria Byrley | |
| EXHIBIT "B" | |
| (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.) | |
| I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. | If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
x _____
Signature of Bankruptcy Petition Preparer |
| x _____   Date  04/   /04 | A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11U.S.C § 110; 18U.S.C. §156. |
| Signature of Attorney   Ronald E. Harvey | |

Form B6 A W (12-95)    Julius Blumberg, Inc. NYC 10013

In re:  Charles Byrley                    Debtor(s)  Case No.
        Maria Byrley                                          (if known)

## SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 28657 Yates Ave<br>Beecher, IL 60401 | Residence | | 220,000.00 | 200,000.00 |
| | | | | |
| | | Total -> | 220,000.00 | (Report also on Summary of Schedules) |

Form B6 B W (11-95)

Julius Blumberg, Inc., NYC 10013

In re:  Charles Byrley
        Maria Byrley

Debtor(s)  Case No.

(if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1  Cash on hand | X | | | |
| 2  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank One Indianapolis, IN | | 100.00 |
| 3  Security Deposits with public utilities, telephone companies, landlords and others. | X | | | |
| 4  Household goods and furnishings including audio, video, and computer equipment. | | household furnishings | J | 500.00 |
| 5  Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6  Wearing apparel. | | Wearing Apparel | | 200.00 |
| 7  Furs and jewelry. | X | | | |
| 8  Firearms and sports, photographic and other hobby equipment. | X | | | |
| 9  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)   Total ->   | $ |

   X        continuation sheets attached

Form B6 B W (11-95)

Julius Blumberg, Inc., N.Y.C. 10013

In re:  Charles Byrley
        Maria Byrley

Debtor(s)   Case No.                    (if known)

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 10  Annuities. Itemize and name each issuer. | X | | | |
| 11  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12  Stock and interest in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13  Interest in partnerships or joint ventures. Itemize. | X | | | |
| 14  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 15  Accounts receivable. | X | | | |
| 16  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19  Contingent and noncontingent interests in estate of a descendent, death benefit plan, life insurance policy or trust. | X | | | |
| 20  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor and rights to setoff claims. Give estimated value of each. | X | | | |
| 21  Patents, copyrights, and other general intellectual property. Give particulars. | X | | | |
| 22  Licenses, franchises, and other general intangible. Give particulars. | X | | | |
| 23  Automobiles, trucks, trailers, and other vehicles and accessories. | | 1997 Ford F150 Pickup (103,000) | | 1,300.00 |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)          Total ->   $

    X       continuation sheets attached

Form B6 B W (11-95)            Julius Blumberg, Inc. NYC 10013

In re:  Charles Byrley                    Debtor(s)  Case No.              (if known)
        Maria Byrley

## SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | H W J C | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 1998 Chevy Venture (144,000) | | 2,500.00 |
| 24  Boats, motors, and accessories. | X | | | |
| 25  Aircraft and accessories. | X | | | |
| 26  Office equipment, furnishings, and supplies. | X | | | |
| 27  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28  Inventory. | X | | | |
| 29  Animals. | X | | | |
| 30  Crops-growing or harvested. Give particulars. | X | | | |
| 31  Farming equipment and implements. | X | | | |
| 32  Farm supplies, chemicals and feed. | X | | | |
| 33  Other personal property of any kind not already listed. Itemize. | X | | | |

(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules)    Total ->  | $ | 4,600.00

_____  continuation sheets attached

Form B6 C W (11-95)

In re: Charles Byrley
       Maria Byrley                                Debtor(s)   Case No.              (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box)

☐ 11 U.S.C. § 522(b)(1):  Exemptions provided in 11 U.S.C. § 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| household furnishings | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Wearing Apparel | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| Bank One Indianapolis, IN | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| 1997 Ford F150 Pickup (103,000) | 735 ILCS 5/12-1001(c) | 1,200.00 | 1,300.00 |

Form B6 C W (11-95)

Julius Blumberg, Inc. NYC 10013

In re:    Charles Byrley
          Maria Byrley                              Debtor(s)  Case No.                (if known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under (Check one Box).

☐ 11 U.S.C. § 522(b)(1): Exemptions provided in 11 U.S.C.§ 522(d).  Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2): Exemptions available under applicable nonbankruptcy federal laws, state or local law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| 1998 Chevy Venture (144,000) | 735 ILCS 5/12-1001(c) | 1,200.00 | 2,500.00 |
| 28657 Yates Ave Beecher, IL 60401 | 735 ILCS 5/12-901 | 15,000.00 | 220,000.00 |

Form B6 D W (11-95)

Julius Blumberg, Inc. NYC 10013

In re:  Charles Byrley
        Maria Byrley                                    Debtor(s)  Case No.                 (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DE BT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTON AND MARKET VALUE OF PROPERTY SUBJECT OF LIEN | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY | C U D * |
|---|---|---|---|---|---|---|
| A/C #  0015667314 | | | VALUE $  220,000.00 | 190,000.00 | 0.00 | |
| ALS<br>P.O. Box 1706<br>Scottsbluff, NE 69363-1706 | | | | | | |
| A/C #  08809006 | | | VALUE $  1,300.00 | 2,490.40 | 1,190.00 | |
| Ford Credit<br>P.O. Box 219825<br>Kansas City, MO 64121-9825 | | | 1997 Ford F150 | | | |
| A/C # | | | VALUE $  2,500.00 | 11,289.00 | 8,789.00 | |
| The Money Lenders, INC<br>3027 Chicago Road<br>P.O. Box 4<br>Steger, IL 60475 | | | 1998 Chevy Venture (144,000) | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |
| A/C # | | | VALUE $ | | | |

Subtotal -> (Total of this page)  203,779.40

Total ->  203,779.40

_____ Continuation Sheets attached. (use only on last page of the completed Schedule D.)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.      (Report total also on Summary of Schedules)

Form B6 E/W (11-95)   Julius Blumberg, Inc. NYC 10013

In re: **Charles Byrley**
      **Maria Byrley**                          Debtor(s)   Case No.          (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPE OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C § 507(a)(2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $4000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occured first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $4000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $1800 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6)

☐ **Alimony, Maintenance, or Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(8).

*Amounts are subject to adjustment on April 1, 1998, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | C U D * |
|---|---|---|---|---|---|---|
| A/C # | | | | | | |
| A/C # | | | | | | |
| A/C # | | | | | | |
| | | | Subtotal -> (Total of this page) | 0.00 | | |
| | | | Total -> (use only on last page of the completed Schedule E.) | 0.00 | | |

_____ Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.      (Report total also on Summary of Schedules)

Form B6 F (9-95)

In re:   Charles Byrley                                        Debtor(s) Case No.                    (if known)
         Maria Byrley

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO D E B T | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM | C U D * |
|---|---|---|---|---|---|
| 303688623120<br>AMCA<br>P.O. BOX 1235<br>Elmsford, NY 10523-0935<br>c/o Laboratory Corporation of America | | J | | 213.00 | |
| AT&T Wireless<br>P.O. BOX 8220<br>Aurora, IL 60572 | | J | Acct # 000200859000000259061455 | 146.25 | |
| 17026478<br>AlliedInterstate<br>3200 Northline Avenue<br>Suite 160<br>Greensboro, NC 27408<br>c/o AT&T Wireless | | J | | 321.96 | |
| 4427100031537165<br>Bank of America<br>P.O. BOX 5270<br>Carol Stream, IL 60197-5270 | | J | | 4,172.66 | |
| 909<br>Christine M. Coats DDS<br>P.O. Box 53<br>643 Dixie Highway<br>Beecher, IL 60401 | | J | | 98.60 | |
| 4227097211416511<br>Cross Country Bank<br>P.O. BOX 310731<br>Boca Raton, FL 33431-0731 | | J | | 2,572.20 | |
| 100780<br>Ferrellgas<br>2251 Grinnell Rd.<br>Kankakee, IL 60901-9484 | | J | | 581.83 | |
| | | | Subtotal -><br>(Total of this page) | 8,106.50 | |
| | | | Total -><br>(use only on last page of completed Schedule F.) | | |

 X  Continuation Sheets attached.

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

(Report total also on Summary of Schedules)

Form B6 F (9-95)

In re: Charles Byrley
Maria Byrley
                                     Debtor(s) Case No.                     (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | AMOUNT OF CLAIM | C U D * |
|---|---|---|---|---|---|
| 10966<br>John R. Deforest, DO<br>19990 Governors, Hwy<br>Olympia Fields, IL 60461 | | J | | 57.00 | |
| 4528<br>Mutual Hospital Services<br>P.O. BOX 19828<br>Indianapolis, IN 46219-0828<br>c/o Crete Family Medical Ctr | | J | | 238.61 | |
| 86522713<br>NCO Financial Systems, Inc.<br>P.O. BOX 13570<br>Philadelphia, PA 19101-3570<br>c/o St. James Prof | | J | St. James Prof SVS-John R. Deforest, DO<br>Re: Charles Byrley | 57.00 | |
| 86464711<br>NCO Financial Systems, Inc.<br>P.O. BOX 13570<br>Philadelphia, PA 19101-3570<br>c/o St. James Prof | | J | Re: St. James Prof Svc-John R. Deforest, DO<br>Maria Byrley | 300.00 | |
| 302485<br>St. James Ctr Psychological<br>P.O. BOX 732<br>Chicago Heights, IL 60412 | | J | | 165.00 | |
| 83706<br>Will County Health Dept/CHC<br>501 Ella Avenue<br>Joliet, IL 60433 | | J | | 143.55 | |
| | | | | | |

                                         Subtotal -><br>(Total of this page)       961.16

Total -><br>(use only on last page of completed Schedule F.)       9,067.66

Continuation Sheets attached.

(Report total also on Summary of Schedules)

*If contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Form B6 G W (11-95)

In re:  Charles Byrley    Debtor(s)  Case No.        (if known)
        Maria Byrley

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6 H W (11-95)

In re:   Charles Byrley
         Maria Byrley
                                                    Debtor(s)  Case No.                    (if known)

# SCHEDULE H - CODEBTORS

☐ ■ Check this box if debtor has no codebtors

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
|  |  |

Form B6 I W (11-95)

In re: **Charles Byrley**
     **Maria Byrley**                                                Debtor(s)   Case No.                    (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| married | | | |

| Employment | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | |
| Name of Employer | | |
| How long employed | | |
| Address of Employer | | |

| Income: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ 0.00 | $ 0.00 |
| Estimate monthly overtime | 0.00 | 0.00 |
| SUBTOTAL | $ 0.00 | $ 0.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | 0.00 | 0.00 |
| b. Insurance | 0.00 | 0.00 |
| c. Union dues | 0.00 | 0.00 |
| d. Other (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 0.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 0.00 |
| Regular income from operation of business or profession or farm | | |
| (attach detailed statement) | 0.00 | 0.00 |
| Income from real property | 0.00 | 0.00 |
| Interest and dividends | 0.00 | 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's | | |
| use or that of dependents listed above. | 0.00 | 0.00 |
| Social security or other government assistance (Specify) | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| Pension or retirement income | 744.00 | 0.00 |
| Other monthly income (Specify) | | |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| | 0.00 | 0.00 |
| TOTAL MONTHLY INCOME | $ 744.00 | $ 0.00 |

TOTAL COMBINED MONTHLY INCOME        $        744.00    (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re: Charles Byrley
       Maria Byrley

Debtor(s)   Case No.                    (if known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | | |
|---|---|---:|
| Rent or home mortgage payment  (include lot rented for mobile home) | | $      705.00 |
| Are real estate taxes included?  ☐ Yes  ☐■ No | Is property insurance included?  ☐ Yes  ☐■ No | |
| Utilities  Electricity and Heating Fuel | | 60.00 |
|           Water and Sewer | | 0.00 |
|           Telephone | | 50.00 |
|           Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Home maintenance (repairs and upkeep) | | 0.00 |
| Food | | 400.00 |
| Clothing | | 50.00 |
| Laundry and dry cleaning | | 0.00 |
| Medical and dental expenses | | 0.00 |
| Transportation (not including car payments) | | 100.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | | 0.00 |
| Charitable contributions | | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|           Homeowner's or renter's | | 0.00 |
|           Life | | 0.00 |
|           Health | | 0.00 |
|           Auto | | 50.00 |
|           Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | 0.00 |
| (Specify) | | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | | $ |
|           Auto | | $      747.35 |
|           Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| Alimony, maintenance, and support paid to others | | 0.00 |
| Payments for support of additional dependents not living at your home | | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | | 0.00 |
| Other | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| | | 0.00 |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | | $    2,162.35 |

(FOR CHAPTER 12 AND 13 DEBTORS ONLY)
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | |
|---|---:|
| A. Total projected monthly income | 0.00 |
| B. Total projected monthly expenses | 0.00 |
| C. Excess income (A minus B) | $      0.00 |
| D. Total amount to be paid into plan each | $      0.00 |
|          (Interval) | |

Form B6 Cont. W (11-95)
Julius Blumberg Inc NYC 10013

In re:  Charles Byrley
        Maria Byrley                                    Debtor(s)  Case No.                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and
that they are true and correct to the best of my knowledge, information, and belief.              (Total shown on summary page plus 1.)

Date   04/27/04                          Signature  *Charles Byrley*
                                                    Charles Byrley                        Debtor
Date   04/27/04                          Signature  *Maria Byrley*
                                                    Maria Byrley                 (Joint Debtor, if any)
                                         (if joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the
debtor with a copy of this document.

_____            _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____
_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets confirming to the appropriate Official Form for each person.
X _____            _____
Signature of Bankruptcy Petition Preparer                          Date
A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines
or imprisonment or both.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation
or a member or an authorized agent of the partnership) of the _____(corporation or partnership)
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date   04/  /04                          Signature_____

                                                    (Print or type name of individual signing on behalf of debtor.)
                 (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

                 Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years
                                         or both. 18 U.S.C. § 152 and 3571.

Form 7W Stmt. of Financial Affairs (12-95)

# STATEMENT OF FINANCIAL AFFAIRS

### UNITED STATES BANKRUPTCY COURT

Northern DISTRICT OF   Illinois

In re:  Charles Byrley

        Maria Byrley                              Debtor(s)   Case No.

### STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1-15 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 16-21. If the answer to any question is "None" or the question is not applicable, mark the box labeled "None". If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

"In business." A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the two years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or person in control of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

"Insider." The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any person in control of a corporate debtor and their relatives; affiliates or the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. §101(30).

NONE

| | **1. INCOME FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calender year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calender year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                         SOURCES

$32000-employment-2003
$40000-em[ployment-2002

NONE

|X| **2. INCOME OTHER THAN FROM EMPLOYMENT OR OPERATION OF BUSINESS**

State the amount of income received by the debtor other than employment, trade, profession, or operation of the debtor's business during the two years immediately proceeding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **3A. PAYMENTS TO CREDITORS**

List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within 90 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWNING |
|---|---|---|---|
| | | | |

NONE

|X| **3B. PAYMENTS TO CREDITORS**

List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **4A. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **4B. SUITS AND ADMINISTRATIVE PROCEEDINGS, EXECUTION, GARNISHMENTS AND ATTACHMENTS**

Describe all property that has been attached, garnished, or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **5. REPOSSESSIONS, FORECLOSURES, AND RETURNS**

List all property that has been repossessed by a creditor, sold at foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE

|X| **6A. ASSIGNMENTS AND RECEIVERSHIPS**

Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **6B. ASSIGNMENTS AND RECEIVERSHIPS**

List all property which has been in the hands of a custodian, receiver, or court appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
|X| **7. GIFTS**

List all gifts of charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| | **8. LOSSES**

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|
| Trailer $14000.00 | Recovery claim against State Farm. A car hit his trailer. State Farm has not paid claim. | 12-30-02 |

NONE
| | **9. PAYMENTS RELATED TO DEBT COUNSELING OR BANKRUPTCY**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Samuel Briones, P.C. 1912 Ridge Road Homewood, IL 60430 | | $1200.00 fees & costs |

NONE
| X |    **10. OTHER TRANSFERS**

    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| X |    **11. CLOSED FINANCIAL ACCOUNTS**

    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case. Include checking, saving, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| X |    **12. SAFE DEPOSIT BOX**

    List each safe deposit or other box or depository in which the debt has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| X |    **13. SETOFFS**

    List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

NONE
| X |    **14. PROPERTY HELD FOR ANOTHER PERSON**

    List all property owned by another person that the debtor holds or controls.

NONE
| X |    **15. PRIOR ADDRESS OF DEBTOR**

    If the debtor has moved within two years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

Unsworn Declaration SFA
W (11-95)

Julius Blumberg, Inc., NYC 10013

In
re:    Charles Byrley
       Maria Byrley

Debtor(s)   Case No. _____   (if known)

# DECLARATION CONCERNING DEBTOR'S STATEMENT OF FINANCIAL AFFAIRS

## DECLARATION UNDER PENALTY OF PERJURY

(If completed by an individual or individual and spouse) I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date    04/27/04                     Signature _Charles Byrley_____
                                              Charles Byrley                        Debtor

Date                                  Signature _Maria Byrley_____
                                              Maria Byrley              (Joint Debtor, if any)
                                     (if joint case, both spouses must sign.)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security Number

_____

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.
X _____        04/   /04
Signature of Bankruptcy Petition Preparer        Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing statement of financial affairs, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
Continuation sheets attached

Date    04/   /04                     Signature _____

                                     (Print or type name of individual signing on behalf of debtor.)
           (An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)

Form B6 SUM W (11-95)
Julius Blumberg, Inc. NYC 10013

# UNITED STATES BANKRUPTCY COURT

Northern **DISTRICT OF** Illinois

In re: Charles Byrley
Maria Byrley

Debtor(s)   Case No.                    (if known)

See summary below for the list of schedules.  Include Unsworn Declaration under Penalty of Perjury at the end.

**GENERAL INSTRUCTIONS:**  Schedules D, E and F have been designed for the listing of each claim only once.  Even when a claim is secured only in part, or entitled to priority only in part, it still should be listed only once.  A claim which is secured in whole or in part should be listed on Schedule D only, and a claim which is entitled to priority in whole or in part should be listed in Schedule E only.  Do not list the same claim twice.  If a creditor has more than one claim  such as claims arising from separate transactions, each claim should be scheduled separately.

Review the specific instructions for each schedule before completing the schedule.

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| Name of Schedule | Attached (Yes/No) | Number of Sheets | Assets | Liabilities | Other |
|---|---|---|---|---|---|
| A - Real Property | X | 1 | 220,000.00 | | |
| B - Personal Property | X | 3 | 4,600.00 | | |
| C - Property Claimed as Exempt | X | 2 | | | |
| D - Creditors Holding Secured Claims | X | 1 | | 28,779.40 | |
| E - Creditors Holding Unsecured Priority Claims | X | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | X | 2 | | 9,067.66 | |
| G - Executory Contracts and Unexpired Leases | X | 1 | | | |
| H - Codebtors | X | 1 | | | |
| I - Current Income of Individual Debtor(s) | X | 1 | | | 744.00 |
| J - Current Expenditures of Individual Debtor(s) | X | 1 | | | 2,162.35 |
| Total Number of Sheets of All Schedules | | 14 | | | |
| Total Assets | | | 224,600.00 | | |
| Total Liabilities | | | | 37,847.06 | |

# UNITED STATES BANKRUPTCY COURT     Northern **DISTRICT OF** Illinois

In re:  Charles Byrley
        Maria Byrley

Debtor(s)  Case No.                           (if known)

## STATEMENT
### Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1)  The undersigned is the attorney for the debtor(s) in this Case.

(2)  The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:

    (a) for legal services rendered or to be rendered in comtemplation of and in connection
        with this case                                                                                                      $      991.00
    (b) prior to filing this statement, debtor(s) have paid                                 $      991.00
    (c) the unpaid balance due and payable is                                                  $        0.00

(3)  $  209.00 Of the filing fee in this case has been paid.

(4)  The services rendered or to be rendered include the following:

    (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a
        petition under title 11 of the United States Code.
    (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
    (c) representation of the debtor(s) at the meeting of creditors.

(5)  The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services
    performed, and

(6)  The source of payments made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from
    earnings, wages and compensation for services performed, and

(7)  The undersigned has received no transfer, assignment or pledge of property except the following for the value stated:

(8)  The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm,
    any compensation paid or to be paid except as follows:

Dated:  04/  /04          Respectfully submitted,

                                                          Ronald E. Harvey          **Attorney for Petitioner**

**Attorney's name and address** Samuel Briones, P.C., 1912 Ridge Rd., Homewood, IL 60430

Form B8 W (12-95)

Julius Blumberg, Inc. NYC 10013

UNITED STATES BANKRUPTCY COURT                    Northern    DISTRICT OF    Illinois

In re:  Charles Byrley                      Debtor(s)          Case No.
        Maria Byrley                                           Chapter    7

**CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION**

1. I, the debtor, have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.
2. My intention with respect to the property of the estate which secures those consumer debts is as follows:
    a. *Property to Be Surrendered*

| Description of property | Creditor's name | H, W OR J |
|---|---|---|
| | | |

b. *Property to Be Retained (Specify Reaff'd, Red'd or Exempt to state debtor's intention concerning reaffirmation, redemption, or lien avoidance*.)*

| Description of property | Creditor's name | Reaffirmed Redeemed Exempt* |
|---|---|---|
| 1998 Chevy Van | Ford Credit | Reafd |

3. I understand that § 521(2)(B) of the Bankruptcy Code requires that I perform the above stated intention within 45 days of filing this statement with the court, or within such additional time as the court, for cause, within such 45-day period fixes.

Date:  04/23/04

*Reaffirmed - Debt will be reaffirmed pursuant to § 524(c)
Redeemed  - Property is claimed as exempt and will be redeemed pursuant to § 722
Exempt    - Lien will be avoided pursuant to § 522(f) and property will be claimed as exempt

*Charles Byrley*
Byrley, Charles                    Signature of Debtor
*Maria Byrley*
Byrley, Maria                      Signature of Debtor

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (SEE 11 U.S.C. § 110)**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer _____        Social Security No. _____

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

Address _____

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X_____                    04/    /04

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156*