IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>BYRLEY, CHARLES & MARIA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-18110 BL<br><br>JUDGE Bruce W. Black |

## TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   HONORABLE Bruce W. Black
      BANKRUPTCY JUDGE

NOW COMES MICHAEL G. BERLAND, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,755.05 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $10,053.79. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $    1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $      505.38 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $        0.00 | ($47,500.00 maximum) |
| 3% of balance | $        0.00 | |
| TOTAL COMPENSATION | $    1,755.38 | |

### II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                        $        0.00

**EXHIBIT E**

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 19th day of September, 2007

/s/Michael G. Berland
SIGNATURE
MICHAEL G. BERLAND, Trustee
1 NORTH LASALLE STREET
STE 1775
CHICAGO, IL  60602
Telephone # (312) 855-1272

**EXHIBIT E**

TRUSTEE TIME


Open bank accounts and prepare necessary tax documents. Inputting of asset and disbursement information during course of administration of case, preparation of disbursement checks, request for tax payer identification number(estimated)........2.5

Inputting of information in connection with receipt of 1 payment, transmission of deposit slips and check to Chase Bank, and maintenance of cash receipt log..............................1.0

Review of 13 bank statements, reconcile and approve same.....3.9

Preparation of 19 fax memorandum during administration of case(.03).....................................................5.7

Review of 11 letters written during the course of the administration of the estate in connection with obtaining assets and tax return(0.2).........................................2.2

Estimated: Preparation of Final Report and attachments, Trustee tasks, costs, and review of all claims filed in bankruptcy court in this case.  Preparation of new Distribution Report after court hearing and subsequent electronic filing of Distribution Report, Final Report ............................................. 4.5

Estimated: Appearance in court in Joliet for hearing on Final Report. Prepare and send checks to creditors with letters. Prepare and file Final Account...............................5.0

2/9/05-Prepare Motion To Employ Special Counsel, Affidavit of Larsen, Order...............................................1.20

2/18/05-Court appearance (including travel time) on Motion To Employ Special Counsel.......................................3.20

Estimated: telephone conversations with special counsel regarding prosecution and settlement of lawsuit. Review documents relating to prosecution of lawsuit, including but not limited to Motion For Summary Judgement and Response thereto...................2.50


Trustee fee:$1755.05