**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 7 CASE |
| **CHARLES & MARIA BYRLEY,** | **CASE NO. 04-18110 BL** |
| Debtors. | JUDGE Bruce W. Black |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING
ON APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: U.S. BANKRUPTCY COURT
   Will County Court Annex Building
   57 North Ottawa Street
   Room 201
   Joliet, Illinois 60432

   on: **January 11, 2008**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | | |
   |---|---|---|
   | a. Receipts | $ | 10,053.79 |
   | b. Disbursements | $ | 3,491.01 |
   | c. Net Cash Available for Distribution | $ | 6,559.52 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| MICHAEL G. BERLAND (Trustee Fees) | 0.00 | $1,755.05 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| N/A | | | |

7. Claims of general unsecured creditors totaling $6,561.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 73.22%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Bank of America NA | $ 5,039.92 | $ 3,690.40 |
| 2 | eCAST Settlement Corporation, assignee of | $ 1,521.46 | $ 1,114.07 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for

      inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has/has not been discharged.

11.     The Trustee proposed to abandon the following property at the hearing:

Dated: **December 7, 2007**        For the Court,

                                        By **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the United States Bankruptcy Court
                                            219 S. Dearborn Street; 7th Floor
                                            Chicago, IL  60604

Trustee:    MICHAEL G. BERLAND
Address:   One NORTH LA SALLE STREET
              Suite 1775
              CHICAGO, IL  60602
Phone No.: (312) 855-1272

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: amcc7                Page 1 of 1          Date Rcvd: Dec 07, 2007
Case: 04-18110                Form ID: pdf002            Total Served: 13

The following entities were served by first class mail on Dec 09, 2007.
 db           Charles Byrley,   28657 Yates Avenue,   Beecher, IL 60401
 jdb          Maria Byrley,   28657 Yates Avenue,   Beecher, IL 60401
 aty         +Ronald E Harvey,   Briones Harvey & Trevino,   1912 Ridge Road,   Homewood, IL 60430-2276
 tr          +Michael G Berland,   1 N LaSalle St, No.1775,   Chicago, IL 60602-4065
 9731822     +Bank of America NA,   POB 2278,   Norfolk VA 23501-2278
 8071636     +Chase Automobile Finance,   10314613144601,   P.O. Box 15700,   Wilmington, DE 19886-5700
 8071637     +Chase Platinum Mastercard,   5490923720086106,   P.O. Box 52126,   Phoenix, AZ 85072-2126
 8071638     +First United Bank,   2909100589426,   P.O. Box 400,   Crete, IL 60417-0400
 8071639     +FirstNorthAmerican National Bk,   4104140002819556,   P.O. Box 100045,   Kennesaw, GA 30156-9245
 8071640     +Fleet,   4305500132154074,   P.O. Box 15480,   Wilmington, DE 19850-5480
 8071641     +MBNA America,   4264295678612747,   P.O. Box 15026,   Wilmington, DE 19850-5026
 8071643     +State Farm Bank Visa,   4707880002695172,   P.O. Box 23025,   Colmbus, GA 31902-3025
 9999492      eCAST Settlement Corporation, assignee of,   Providian National Bank,   P.O. Box 35480,
               Newark, NJ   07193-5480

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Myler Ruddy & McTavish
 8071642      Sears Gold Mastercard,   5121075023527117,   P.O. Box
                                                                                            TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 09, 2007**          **Signature:** *Joseph Speetjens*