IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>BYRLEY, CHARLES & MARIA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-18110 BL<br><br>JUDGE Bruce W. Black (Joliet) |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

TO: THE HONORABLE BRUCE W. BLACK
 BANKRUPTCY JUDGE

   Final distribution of all monies has been made in accordance\
with the Order Awarding Compensation and Expenses and the Trustee's
Distribution Report, a copy of which is attached as Exhibit "A"

   All checks have been cashed. The Form 2 is attached as Exhibit
"B". The Report of Unclaimed funds is attached as Exhibit "C."

The Trustee certifies that the estate has been fully administered,
requests that he be discharged, and the case closed pursuant to 11
U.S.C. §350.
                              /s/ Michael G. Berland Trustee

Dated: 11/4/08

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>BYRLEY, CHARLES & MARIA | CHAPTER 7 CASE<br><br>CASE NO. 04-18110 BL<br><br>JUDGE Bruce W. Black(Joliet) |
| Debtor(s) | |

## DISTRIBUTION REPORT

I, MICHAEL G. BERLAND, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,755.05 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,819.68 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 6,574.73 |

EXHIBIT A

**DISTRIBUTION REPORT** PAGE 1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $ 1,755.05 | 100.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
| | MICHAEL G. BERLAND | 1,755.05 | 1,755.05 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

EXHIBIT A

| DISTRIBUTION REPORT | | PAGE 2 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | 0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL  $ | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $  0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL  $ | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $  0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL  $ | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $  0.00 | 0.00% |
| CLAIM NUMBER  CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | TOTAL  $ | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(7) - Alimony | $  0.00 | 0.00% |

EXHIBIT A

DISTRIBUTION REPORT                                            PAGE 3

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 6,561.38 | 73.46% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1 | Bank of America NA | 5,039.92 | 3,702.09 |

EXHIBIT A

DISTRIBUTION REPORT                                              PAGE 4

| 2 | eCAST Settlement Corporation, assignee of | 1,521.46 | 1,117.59 |
|---|---|---|---|
| | | TOTAL $ | 4,819.68 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| Subordinated unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(3) - Late unsecured claims | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(4) - Fines/penalties | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

| 17. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $ 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL $ | 0.00 |

EXHIBIT

**DISTRIBUTION REPORT**                          **PAGE 5**

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 15, 2008          /s/Michael G. Berland
                                        MICHAEL G. BERLAND, Trustee

EXHIBIT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN

IN RE:  
BYRLEY, CHARLES & MARIA

CHAPTER 7 CASE

CASE NO. 04-18110 BL

JUDGE Bruce W. Black( Joliet)

Debtor(s)

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Trustee's compensation | $ | 1,755.05 |
| 2. | Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 1,755.05 |
| 3. | Chapter 11 Trustee's compensation | $ | 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ | 0.00 |
| | TOTAL | $ | 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | | |
|---|---|---|---|
| 1. | Attorney for the Trustee | | |
| | a. Compensation | $ | 0.00 |
| | b. Expenses | $ | 0.00 |
| | c. Chapter 11 Compensation | $ | 0.00 |
| | d. Chapter 11 Expenses | $ | 0.00 |
| 2. | Accountant for the Trustee | | |

1

      a. Compensation                                                                                $_____ 0.00

      b. Expenses                                                           $_____ 0.00

      c. Chapter 11 compensation                            $_____ 0.00

      d. Chapter 11 Expenses                                  $_____ 0.00

3.    Other Professionals

                                             TOTAL             $_____ 0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

**ENTERED**

DATED this_____ day of _____, 200 __.

JAN 1 1 2008

BRUCE W. BLACK, BANKRUPTCY JUDGE
UNITED STATES BANKRUPTCY COURT

ENTERED   _____

Bruce W. Black
UNITED STATES BANKRUPTCY JUDGE

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 04-18110 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BYRLEY, CHARLES & MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 13-7537973 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/04/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/10/06 | {7} | State Farm | Payment of settlement prusuant to court order | 1241-000 | 10,000.00 | | 10,000.00 |
| 08/28/06 | 1001 | Myler Ruddy & McTavish | Attorney fee pursuant t court order | 3210-600 | | 3,333.33 | 6,666.67 |
| 08/28/06 | 1002 | Myler, Ruddy & McTavish | Expenses purusant to court order for special counsel | 3220-610 | | 157.68 | 6,508.99 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.94 | | 6,512.93 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.59 | | 6,517.52 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.56 | | 6,522.08 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.28 | | 6,526.36 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 4.14 | | 6,530.50 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.35 | | 6,534.85 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.25 | | 6,538.10 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.49 | | 6,541.59 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.60 | | 6,545.19 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.61 | | 6,548.80 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.38 | | 6,552.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.73 | | 6,555.91 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.61 | | 6,559.52 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.26 | | 6,562.78 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.85 | | 6,566.63 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.41 | | 6,570.04 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 3.34 | | 6,573.38 |
| 01/14/08 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.6000% | 1270-000 | 1.35 | | 6,574.73 |
| 01/14/08 | | To Account #*********0466 | Trqansfer for purpose of final distribution | 9999-000 | | 6,574.73 | 0.00 |

Subtotals: $10,065.74   $10,065.74

{} Asset reference(s)

Exhib. + B

Printed: 11/04/2008 12:48 PM   V.10.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 04-18110 BL | | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|---|
| Case Name: | BYRLEY, CHARLES & MARIA | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****04-65 - Money Market Account |
| Taxpayer ID #: | 13-7537973 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/04/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 10,065.74 | 10,065.74 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 6,574.73 | |
| | | | Subtotal | | 10,065.74 | 3,491.01 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $10,065.74 | $3,491.01 | |

{} Asset reference(s)

Printed: 11/04/2008 12:48 PM    V.10.54

Case 04-18110   Doc 33   Filed 11/04/08   Entered 11/04/08 13:00:00   Desc Main
Document   Page 12 of 17

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 04-18110 BL | Trustee: | MICHAEL G. BERLAND (520196) |
|---|---|---|---|
| Case Name: | BYRLEY, CHARLES & MARIA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | 13-7537973 | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 11/04/08 | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/08 | | From Account #********0465 | Trqansfer for purpose of final distribution | 9999-000 | 6,574.73 | | 6,574.73 |
| 01/16/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,755.05, Trustee Compensation; Reference: Stopped on 01/16/08 | 2100-000 | | 1,755.05 | 4,819.68 |
| 01/16/08 | 101 | MICHAEL G. BERLAND | Dividend paid 100.00% on $1,755.05, Trustee Compensation; Reference: Stopped: check issued on 01/16/08 | 2100-000 | | -1,755.05 | 6,574.73 |
| 01/16/08 | 102 | Bank of America NA | Dividend paid 73.45% on $5,039.92; Claim# 1; Filed: $5,039.92; Reference: Stopped on 06/17/08 | 7100-000 | | 3,702.09 | 2,872.64 |
| 01/16/08 | 103 | eCAST Settlement Corporation, assignee of | Dividend paid 73.45% on $1,521.46; Claim# 2; Filed: $1,521.46; Reference: | 7100-000 | | 1,117.59 | 1,755.05 |
| 01/17/08 | 104 | Michael Berland | Trustee fee | 2100-000 | | 1,755.05 | 0.00 |
| 06/17/08 | 102 | Bank of America NA | Dividend paid 73.45% on $5,039.92; Claim# 1; Filed: $5,039.92; Reference: Stopped: check issued on 01/16/08 | 7100-000 | | -3,702.09 | 3,702.09 |
| 08/14/08 | 105 | Clerk of Bankruptcy Court | Distribution of unclaimed funds to allow filing of Final Account | 8500-002 | | 3,702.09 | 0.00 |

Subtotals :    $6,574.73    $6,574.73

{} Asset reference(s)     Printed: 11/04/2008 12:48 PM    V.10.54

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 04-18110 BL | Trustee: | MICHAEL G. BERLAND (520196) |
| --- | --- | --- | --- |
| Case Name: | BYRLEY, CHARLES & MARIA | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****04-66 - Checking Account |
| Taxpayer ID #: | 13-7537973 | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 11/04/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ACCOUNT TOTALS | | 6,574.73 | 6,574.73 | $0.00 |
| | | | Less: Bank Transfers | | 6,574.73 | 0.00 | |
| | | | Subtotal | | 0.00 | 6,574.73 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $6,574.73 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****04-65 | 10,065.74 | 3,491.01 | 0.00 |
| Checking # ***-*****04-66 | 0.00 | 6,574.73 | 0.00 |
| | $10,065.74 | $10,065.74 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2008 12:48 PM   V.10.54

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>BYRLEY, CHARLES & MARIA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-18110 BL<br><br>JUDGE Bruce W. Black (Joliet) |

**To:**

**Service via electronic process**
United States Trustees Office
219 South Dearborn Street
Suite 873
Chicago, Illinois 60604

**Service by mail**
Charles & Maria Byrley
28657 Yates
Beecher, Illinois 60401

Bank Of America
POB 2278
Norfolk, Virginia 23501

On August 14, 2008, the Trustee filed the Trustee's Report of Unclaimed Funds

Respectfully Submitted
Charles & Maria Byrley, debtors

By:/s/Michael G. Berland, trustee
Michael G. Berland, trustee

CERTIFICATE OF SERVICE

I certify that I sent the Report of Unclaimed Funds to the debtors and Bank Of America by mailing same on August 14, 2008 and by serving all other parties of record by electronic service.

/s/Michael G. Berland
Michael G. Berland Trustee

Exhibit C

**Michael G. Berland**
**1 N. LaSalle Street**
**Suite 1775**
**Chicago, Illinois 60602**
**312-855-1272**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE:<br>BYRLEY, CHARLES & MARIA<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04-18110 BL<br><br>JUDGE Bruce W. Black (Joliet) |

**TRUSTEE'S REPORT OF UNCLAIMED PROPERTY**

Michael G. Berland, Trustee, ("Trustee") pursuant to 11 U.S.C. Section 347 of the Bankruptcy Code and Rule 3011 of the Federal Rules of Bankruptcy Procedure, provides the following report of Trustee's deposit of unclaimed property with the Clerk of the Bankruptcy Court:

1. The debtors filed a Chapter 7 petition. The Trustee was subsequently appointed, qualified, and continues to serve as Trustee in this case.

2. On January 16, 2008, the Trustee sent distribution checks via United States Mail to the creditors entitled to receive same under the Distribution Report filed by the United States Trustees Office with the Clerk of the Bankruptcy Court.

3. Bank of America has filed to cash it distribution check dated January 16, 2008 in the amount of $3702.09. The Trustee stopped payment on the check and will deposit said sum with the Clerk of the Bankruptcy Court.

Respectfully Submitted
Charles & Maria Byrley, debtors

By:/s/Michael G. Berland
Michael G. Berland, trustee

Michael G. Berland
1 N. LaSalle Street
Suite 1775
Chicago, Illinois 60602
312-855-1272

## UNCLAIMED FUNDS

Bank of America                              $3702.09
POB 2278
Norfolk, Virginia 23501